# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARIO'S BUTCHER SHOP & FOOD CENTER, INC., an Illinois corporation, | CASE NO. 1:11-cv-01336 |
| Plaintiff, | Judge Samuel Der-Yeghiayan |
| v. | |
| NATIONAL BANKCARD CORPORATION, *et al.*, | |
| Defendants. | |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

The parties to this action, having compromised and settled their claims pursuant and subject to the terms of the Confidential Settlement Agreement and Release entered into between the parties, hereby move for entry of the attached Consent Judgment (<u>Exhibit A</u>, hereto) dismissing this cause with prejudice in its entirety and without costs or attorney's fees to any party.

/s Daniel L. Montenaro
Kenneth F. Berg (#3124027)
Daniel L. Montenaro (#6284324)
Julia R. Lissner (#6294431)
ULMER & BERNE, LLP
500 W. Madison Street, Suite 3600
Chicago, IL 60661
*Counsel for National Processing Company*

/s Scott Skaletsky
Scott Skaletsky (#9181405)
MENGES & MOLZAHN
20 North Clark Street, Suite 2300
Chicago, IL 60602
*Counsel for Mario's Butcher Shop & Food Center, Inc.*

/s Andrew Robert Woltman
Andrew Robert Woltman (#6291088)
MCGUIRE WOODS, LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
*Counsel for Synovus Bank, formerly known as and sued as Columbus Bank and Trust Company*

## CERTIFICATE OF SERVICE

I, Daniel L. Montenaro, an attorney for defendant, hereby certify that on June 27, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s Daniel L. Montenaro

1814287v1
35777.00004